7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Daniel Nicholas Gardner and Nancy Ann Thomas – BELOW MED –
*Debtor*

*Bankruptcy Case No.*
14–42042–can13

**State of Missouri**
   Plaintiff(s)

*Adversary Case No.*
14–04112–can

v.

**Daniel Nicholas Gardner**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the following debts owed to the Missouri Department of Social Services by Daniel Nicholas Gardner, pursuant to 11 U.S.C. § 523(a)(2)(B), are not dischargeable and will be excepted from any
Discharge obtained in the Debtor's underlying bankruptcy proceedings: Food Stamp benefits erroneously received by Debtor in the amount of $5,310.00 together with Creditor's filing fee of $350.00, for a total debt of $5,660.00. Defendant shall make payments of $87.00 per month for 65 months as a part of the Chapter 13 Plan. Said payments shall be made through the court–appointed Trustee until the sum of $5,660.00 is paid in full to Plaintiff.



Ann Thompson
Court Executive

By: /s/ Kristina D. Richardson
    Deputy Clerk

Date of issuance: 11/14/14

Court to serve