7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Daniel Nicholas Gardner and Nancy Ann Thomas –
BELOW MED –
*Debtor*

*Bankruptcy Case No.*
14–42042–can13

**State of Missouri**
    Plaintiff(s)

*Adversary Case No.*
14–04112–can

v.

**Daniel Nicholas Gardner**
    Defendant(s)

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the following debts owed to the Missouri Department of Social Services by Daniel Nicholas Gardner, pursuant to 11 U.S.C. § 523(a )(2)(B), are not dischargeable and will be excepted from any discharge obtained in the Debtors underlying bankruptcy proceedings: Food Stamp benefits erroneously received by Debtor in the amount of $5,310.00 together with Creditors filing fee of $350.00, for a total debt of $5,660.00. Defendant shall make direct payments of $87.00 per month until the sum of $5,660.00 is paid in full to Plaintiff as a long−term debt.



Ann Thompson
Court Executive

By: /s/ Kristina D. Richardson
    Deputy Clerk

Date of issuance: 11/17/14

Court to serve